**ORIGINAL**

1983 FORM Rev. 01/2008

Name and Prisoner/Booking Number: Jacob Smith   Reg No. 10758-122
Place of Confinement: FDC Honolulu
Mailing Address: P.O. Box 30080
City, State, Zip Code: Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 30 2022

at 11 o'clock and 00 min. a M
CLERK, U.S. DISTRICT COURT
unpaid, no IFP subm
filed copy mailed 3/30/2022

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Jacob L.L. Smith
(Full Name of Plaintiff)

Case No. CV22 00134 JMS KJM
(To be supplied by the Clerk)

vs.

**PRISONER CIVIL RIGHTS COMPLAINT**

Estela Derr

Shawn Tabar

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

(Full Names of Defendants; DO NOT USE *et al.*)

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Jacob L.L. Smith

   Institution/city where violation occurred: FDC Honolulu

3. First Defendant *: Estela Derr

   This defendant is a citizen of (state and county) Hawaii, Oahu,
   and is employed as:

   Warden   at   FDC Honolulu
   (Position and Title)        (Institution)

   This defendant is sued in his/her X individual X official capacity (check one or both). Explain how

1

Received By Mail
Date 3/30/2022 pm

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
The Defendant is the Warden of FDC Honolulu and ultimately responsible for all incidents at the facility.

4. Second Defendant: Shawn Tabor

This defendant is a citizen of (state and county) Hawaii Oahu, and is employed as:

Lieutenant (Position and Title) at FDC Honolulu (Institution)

This defendant is sued in his/her X individual X official capacity (check one or both). Explain how this defendant was acting under color of law:

The Defendant was responsible for sending the Plaintiff to the hole (SHU) on incident report number 3596380 (see attached "A")

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____, and is employed as:

_____ at _____
(Position and Title)                  (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*      A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was actually involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

    "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

  a. Plaintiff _____

  Defendants _____

  b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county):
  _____

  c. Claims raised: _____

  d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
  _____

  e. Approximate date of filing lawsuit _____

  f. Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

   **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury.** See 28 U.S.C. § 1915(g).

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

## COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment.

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐Mail  ☐ Access to the court  ☐Medical care  ☒Disciplinary proceedings  ☐Property  ☐ Exercise of religion  ☒Retaliation  ☐ Excessive force by an officer  ☐Threat to safety  ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff received an incident report (number 3596377) on February 15, 2022 (see attched "A"). The incident report states that the Plainti had problems with his "equilibrium" and was urine tested. The test was immediate and returned negative. Defendant Tabar is not a physician or capable of making a medical diagnosis. However, if the Defendant observed such symptoms and tested the Plaintiff (as he did) with a negative result, he has a legal obligation to involve Health Services and have the Plaintiff examined. Rather than seek medical attention for the PLaintiff, Defendant Tabar placed the Plaintiff in the hole and processed the attached incident report which had to be dismissed

\*\*CONTINUED\*\*

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Intentional infliction of emotional distress.

5

COUNT ONE SUPPORTING FACTS CONTINUED

for lack of any evidence whatsoever. The Plaintiff disputes many claims in the incident report, but as the incident report was dismissed did not pursue remedies through the Bureau of Prisons.

The February incident was not the only false claim made by Defendant Derr's staff that resulted in action against the Plaintiff. The Plaintiff has been accused of participating in the well known July 12, 2021 riot and has been placed in the hole for "investigation" for fighting (no incident report issued), using the drug spice (no evidence whatsoever) and other issues that were never even communicated to the Plaintiff.

The Plaintiff have never tested positive for any substance. He remains on the "hot list" and is tested regularly.

The Plaintiff feels that these incidents are part of a campaign by Defendants Derr and Tabar to harass him as much as they can.

1983 FORM Rev. 01/2008

# COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): 8th Amendment against cruel and unusual punishment

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)   ☐ Mail   ☐ Access to the court   ☐ Medical care   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

After Defendant Derr's gang riot on July 12. 2021 that involved more than 30 inmates in unit 5A, the Plaintiff was placed in the hole (SHU) for fighting. The Plaintiff never received an incident report and was returned to the unit (5A). Unit 5A houses (against US law and Bureau of Prisons policy) deportable alien gang members (Ms-13, Paisa's, Tango's and Northeno's) Derr's gang riot primarily involved these inmates. The Plaintiff has yet to be sentenced and should not be housed with these gang members. Bureau of Prisons policy dictates that these aliens should be housed separately. However, with an open and empty unit (5B), Defendant Derr continues to house the deportable aliens in the Plaintiff's unit jeopardizing his safety.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Intentional infliction of emotional distress

6

1983 FORM Rev. 01/2008

# COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

$15,000 for intentional infliction of emotional distress. The Plaintiff asks the Court for an Order of Protection against both Defendants preventing them from further harassment and retaliation against the Plaintiff.

    I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __22__ day of __March__, __2022__.
                                 (month)              (year)

_/s/ Jacob Smith_
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8